No. 96–5900. LOGAN v. GERMAN. C. A. 7th Cir. Certiorari denied.

No. 96–5904. STOVER v. O'CONNELL & ASSOCIATES. C. A. 4th Cir. Certiorari denied.

No. 96–5906. SORBET v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 96–5908. JACKSON v. SOWA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5913. CREAMER v. LAIDLAW TRANSIT, INC. C. A. 10th Cir. Certiorari denied.

No. 96–5921. GOSSAGE v. BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 96–5924. DIXON v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96–5925. HAYNES v. JONES ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5927. HARRIS v. COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–5928. DuBuc v. COURT OF CRIMINAL APPEALS OF OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–5933. JOHNSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 96–5937. HORTON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 96–5944. WESLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5960. STALLINGS v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.